# EXHIBIT

# "A"

# Pgs. 1-5

# FPC
# INMATE INJURY LOG
## (December 2014)

UNICOR – Recycling Factory
Federal Correctional Complex
Tucson, Arizona

| | DATE | INMATE NAME | NUMBER | TYPE OF INJURY | MEDICAL IDLE | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | 12/23/14 | Gallardos, Shayzy | 49781-081 | cut on forehead | NO | Relt board hit him in fore head |
| 2 | 12/29/14 | Martin, Serey | 42517-048 | Left shoulder (was in pain) | YES | Pallet with crates fell over he tried to cath them |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |

BP-A0140
JUNE 10
**INJURY REPORT - INMATE - PART 1** CDFRM
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

SEE DISTRIBUTION AND SPECIAL INSTRUCTION AT THE TOP OF THE NEXT PAGE FOR INMATE COPY

| 1. Institution Fcc Tucson | 2. Name of Injured Martin, Jerry | 3. Register Number 42247-008 |
|---|---|---|

| 4. Injured's Duty Assignment UNICOR Clerk | 5. Injured's Duty Hours 7:30am - 3:15pm | 6. Date and Time of Injury 12/24/2014 9:00am |
|---|---|---|

7. Where Did Injury Happen (be specific as to location)
Trailer at UNICOR warehouse dock

8. Date and Time Injury Was Reported
12/24/2014 9:15am

9. In Your Opinion, Was This Injury: (a) [✓] Work Related    [ ] Non Work Related
   (b) [ ] Institution    [ ] Industry    [ ] Recreation    [ ] Program or Activity
       [ ] Other (explain)

| 10. To Whom Was Injury First Reported MLP Diaz, and on UNICOR injury log | 11. Part of Body Involved (left knee, etc.) both shoulders | 12. Kind of Injury (burn, cut, etc.) strain / tear |
|---|---|---|

13. Injured's alleged Witnesses to Injury (staff and inmates)
Officer D. Hartley

14. Injured's Brief Statement As To How Injury Happened. Include Injured's Recommendation for
    Prevention. (Continue on additional blank sheets, if necessary.)

While I was checking off the pallets being unloaded with a forklift a double stacked pallet collapsed
toward me and I reached out and grabbed falling pallet which yanked my shoulders downward causing a lot
of pain. I did this to get out of the way and not get crushed. Officer Hartley saw it happen and called
medical. I was sent to medical and evaluated by MLP Diaz and sent out to TMC for further evaluation.

To prevent this from happening again, Officer Hartley makes us unload pallets one at a time.

● Injured's Signature and Date:    *Jerry G. Martin*    5-10-16

15. Supervisor's Statement - Must  Include: a. Job Training Record, b. Safety Equipment Provided,
    c. Whether Safety Equipment In Use, d. Whether Proper Guarding Used, e. Corrective Action Taken.
    (Continue on additional blank sheets, if necessary)

I agree with above statement.
A. Provided (see attached)
B. Safety glasses were being worn
C. yes
D. N/A
E. Pallets are being unloaded one at a time.

● Supervisor's Signature, Title and Date:    *D. M    Unicor Recycling Tech*   5/10/16

| 16. Medical Description of Injury  (L) Shoulder Strain | 17. This Injury Required: |
|---|---|
|  | a. [ ] No Medical Attention |
|  | b. [ ] Minor First Aid |
|  | c. [ ] Hospitalization - from _____ to _____ |
|  | d. [ ] Work Time Lost - from _____ to _____ |
|  | e. [ ] Other (explain) |
|  | Total Lost Time Days: |

Record Copy - Inmate file; Copy - Safety Office; Copy - Inmate

PDF                    Prescribed by P1600         Replaces BP-140.016, Part 2, of SEP 05

BP-A0140    **INJURY REPORT - INMATE - PART 1** CDFRM
JUNE 10
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

SEE DISTRIBUTION AND SPECIAL INSTRUCTION AT THE TOP OF THE NEXT PAGE FOR INMATE COPY

| 1. Institution<br>Fcc Tucson | 2. Name of Injured<br>Martin, Jerry | 3. Register Number<br>42247-008 |
|---|---|---|
| 4. Injured's Duty Assignment<br>UNICOR Clerk | 5. Injured's Duty Hours<br>7:30am - 3:15pm | 6. Date and Time of Injury<br>12/24/2014 9:00am |
| 7. Where Did Injury Happen (be specific as to location)<br>Trailer at UNICOR warehouse dock | | 8. Date and Time Injury Was Reported<br>12/24/2014 9:15am |

9. In Your Opinion, Was This Injury: (a)  ☑ Work Related      ☐ Non Work Related
   (b) ☐ Institution   ☐ Industry   ☐ Recreation        ☐ Program or Activity
       ☐ Other (explain)

| 10. To Whom Was Injury First Reported<br>MLP Diaz, and on UNICOR injury log | 11. Part of Body Involved (left knee, etc.)<br>both shoulders | 12. Kind of Injury<br>(burn, cut, etc.)<br>strain / tear |
|---|---|---|

13. Injured's alleged Witnesses to Injury (staff and inmates)
Officer D. Hartley

14. Injured's Brief Statement As To How Injury Happened. Include Injured's Recommendation for
    Prevention. (Continue on additional blank sheets, if necessary.)

While I was checking off the pallets being unloaded with a forklift a double stacked pallet collapsed
toward me and I reached out and grabbed falling pallet which yanked my shoulders downward causing a lot
of pain. I did this to get out of the way and not get crushed. Officer Hartley saw it happen and called
medical. I was sent to medical and evaluated by MLP Diaz and sent out to TMC for further evaluation.

To prevent this from happening again, Officer Hartley makes us unload pallets one at a time.

● Injured's Signature and Date:  _Jerry E. Martin_    5-10-16

15. Supervisor's Statement - Must  Include: a. Job Training Record, b. Safety Equipment Provided,
    c. Whether Safety Equipment In Use, d. Whether Proper Guarding Used, e. Corrective Action Taken.
    (Continue on additional blank sheets, if necessary)

I agree with above statement.
A. Provided (see attached)
B. Safety glasses were being worn
C. yes
D. N/A
E. Pallets are being unloaded one at a time.

● Supervisor's Signature, Title and Date:  _P. Hoff_    Unicor Recycling Tech  5/10/16

**NOTICE**

    If you sustained an injury as a result of a work assignment, and feel you have some degree of
impairment at the time of your release from federal custody, you may file a claim for Inmate Accident
Compensation. Claims may not be filed until 30 days prior to release or transfer to a Community
Treatment Center. Claims must be made within 60 days following release from the institution when
circumstances preclude submission prior to release.

    To file a claim you must contact the Institution's Safety Manager not less than 30 days prior to
your release or transfer to a community Treatment Center. The Safety Manager will assist you in
completing your claim and will arrange to have your injury medically evaluated.

    Refusal of appropriate medical treatment or failure to file a claim prior to release or transfer
to a Community Treatment Center may result in forfeiture of accident compensation benefits resulting
from your injury. Failure to submit to a final physical examination in connection with an Inmate
Accident Compensation Claim shall result in the forfeiture of all rights to compensation benefits and
future medical treatment.

Record Copy - Inmate file; Copy - Safety Office; Copy - Inmate

PDF                          Prescribed by P1600          Replaces BP-140.016, Part 2, of SEP 05

BP-A0140
JUNE 10
**INJURY - LOST - TIME FOLLOW-UP - PART 2** CDFRM
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

NAME Martin, Jerry                                   REG. NO. 42247-008

RE: INJURY OF 12/24/2014
                    Date

1. (Witnesses Statement) Use Additional Sheets of Plain Paper if Necessary.
while standing on the dock I witnessed the pallet collapsing toward Martin and yelled heads up which
caused him to reach out and grab the pallet which yanked his shoulders down giving him time to clear away
from it.

I/M Martin just went out for surgery 4/25/16 leaving him in a sling and rehabbing until September.


RECOMMENDATION FOR PREVENTION pallets are unloaded one at time

_____                    Recycling Technician                    05/10/2016
     Witness Signature                         Reg. No. or Title                         Date

2. (Department Head's Statement)
*I had just reviewed the pallet.*


FOLLOW-UP OR CORRECTION ACTION TAKEN *Safety will review the Product*
*Mario Caron*                              *Factory Manager*                    *5-27-16*
     Department Head                              Title                              Date

3. (Safety Manager's Comments)
*No issues*


_____                                                  *5/26/16*
     Safety Manager                                                           Date

4. (Safety Committee Review-Comments)



_____                                                  *5/26/16*
   Associate Warden's Signature                                              Date

NAME Martin, Jerry                                   REG. NO. 42247-008

RE: INJURY OF 12/24/14
                    Date

5. ☒ The Institution Safety Committee has reviewed the report of your injury and is their
      opinion that your injury was work related.

   ☐ The Institution Safety Committee has reviewed the report of your injury and it is their
      opinion that your injury was not work related.

The final determination of the work relatedness of this injury is subject to review by the Inmate
Accident Compensation Committee upon the filing of a claim for Inmate Accident Compensation due to a
physical impairment resulting from the injury.

_____                                                  *5/26/16*
     Safety Manager                                                           Date

Record Copy - Inmate file; Copy - Safety Office; Copy - Inmate


PDF                         Prescribed by P1600                Replaces BP-140.016, Part 2, of SEP 05

BP-A0658
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE CLAIM FOR COMPENSATION RESULTING FROM WORK INJURY

(To be filed forty five(45) days prior to claimant's release from institutional
confinement for transfer to a Community Treatment Center.)

Institution **SPC Tucson**   Date of Claim **2-21-18   (3rd attempt)**

1. Inmate Name **Jerry E. Martin**   2. DOB **11-26-64**   3. Sex **Male**

4. Register number **42247-008**   5. Date received at institution **April of 2012**

6. Sentence **295 months**   7. Sentence will expire **April 30, 2018**   8. Offense **Manufacturing**

9. Date Inmate will leave institution **April 30, 2018**

10. ___ MR
___ Parole
___ Expiration
___ Detainer
X CTC
___ Deportation

11. If release will be under supervision, indicate
location of applicable U.S. Probation Office
**Phoenix, Az.**

12. If going to a CTC prior to release, give name
and address of CTC **BSS Roosevelt
1841 E. Roosevelt St.
Phoenix, Az. 85008**

13. Intended release address
**840 W. University Dr., Mesa, Az. 65201**

14. Date of injury
**12-24-14**

15. Description of injury
**Tore rotator cuff and bicept tendon both arms**

16. Institution and work area where injury occurred
**Tucson SPC UNICOR - Loading Dock**

17. Assigned work being done when injury occurred
**Checking off pallets as they were being unloaded**

18. Cause of injury
**Double stacked pallet collapsed while unloading**

19. ___ Yes   X No   In your opinion, is
this an original injury
|   X Yes   ___ No   Aggravation of a
pre-existing condition

20. Do you feel further medical treatment will be necessary after release
X Yes   ___ No

The above injury was sustained by me while in federal confinement and occurred during the
performance of my work assignment. Injury was not due to willful misconduct on my part or
due to my intention to bring about injury or death to myself or others.

I understand that compensation may be granted only if there is an existing physical
impairment due to the claimed injury. I believe I have sustained such a physical
impairment due to the claimed injury and every statement set forth above is true to the
best of my knowledge and belief.

Signature of Claimant   **Jerry E. Martin**   Date **3-21-18**

Completed claim to be forwarded to Claims
Examiner, FPI, Inc. Washington, D.C. 20534

Previously FPI Form 43

PDF

Prescribed by P1601

# EXHIBIT

# "B"

# Pgs. 1-10

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mrs. Smith, Medical Records | 3-2-15 |
| FROM: | REGISTER NO.: |
| Jerry Martin | 42247-008 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am respectfully requesting the following medical records as suggested by members

of my Unit Team.

December 24, 2014: Medical trip to Tucson Medical Center.

On or about December 26 thru 30, 2014: Examination from on call doctor, Dr. Ash.

On or about January 2 thru 5, 2015: Initial Orthopedic Examination.

February 20, 2015: Follow up Orthopedic visit requesting M.R.I.'s for both

shoulders.


Four copies in total. I am willing to pay for these medical record copies if need

be.


_____

(Do not write below this line)

DISPOSITION:




_____

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)


This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Romero, Case Manager | 5-1-15 |
| FROM: Jerry E. Martin | REGISTER NO.: 42247-008 |
| WORK ASSIGNMENT: UNICOR | UNIT: Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Could you please check with Medical on the status of the
requested MRI's for both shoulders.


Thank You,

Jerry E. Martin

**(Do not write below this line)**

DISPOSITION:

This request will be sent to the physian
for review. Once the consult is ordered
it will be the decision of the Region for
approval. We will advise once a decision
has been made

| Signature Staff ... AHSA Health Services FCC Tucson | Date 5/11/15 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 7-7-15 |
|---|---|
| Mr. Roviera, Case Mag./Unit Mag. | |
| FROM: Jerry E. Martin | REGISTER NO.: 42247-008 |
| WORK ASSIGNMENT: UNICOR | UNIT: Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Could you please check on the status of my MRI's — which
have been submitted to Region — for both shoulders.


Thank you,

Jerry E. Martin

(Do not write below this line)

DISPOSITION:

The MRI has been approved & scheduled.
Due to Safety/Security reasons the date
& location cannot be released.

| Signature Staff Member | Date 7-7-15 |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

Printed on Recycled Paper



**FCC TUCSON**
**UTILIZATION REVIEW COMMITTEE**
**INMATE NOTIFICATION LETTER**

Name: *MARTIN, JERRY*          Date: *9-2-15*

Reg. Number: *42247-008*          Housing Unit: *CAMP*

## Requested Consult/Procedure

\_\_Cardiology                    \_\_Hematology/Oncology          \_\_Physical Therapy
\_\_Dermatology                 \_\_Nephrology                        \_\_Podiatry
\_\_Ear, Nose &Throat        \_\_Neurology/Neurosurgery    \_\_Prosthetics
\_\_Gastroenterology           \_\_Optometry/Ophthalmology  \_\_Radiology-CT/MRI/US
  Colonoscopy/EGD               \_\_Oral Surgery                       \_\_Urology
\_\_General Surgery            _X_Orthopedics                       \_\_ Other:

## Utilization Review Committee Decision

\_\_The committee has referred your case to the Regional Office for final approval.
     You should be notified of your status within the next two months.

_X_The committee has APPROVED this request without modification.

\_\_The committee has DENIED this request.
        \_\_      You will be scheduled for further evaluation by a staff physician.
        \_\_      You will be scheduled for further evaluation by a mid-level provider.
        \_\_      You need to follow-up in sick call with any further issues.
        \_\_      You will be referred to a specialty consultant.
        \_\_      Your procedure is contraindicated due to unacceptable risk.
        \_\_      You have been placed on the waiting list for: _____
        \_\_      Other: _____
        \_\_  Manage in-house with conservative therapy _____
        **Re-submission of request will be considered if medically indicated.

DR. Ash, Acting Clinical Director

Copy Sent or Issued to Inmate On: _____ *9-3-15* _____
        Form Updated 16Dec2014 10:18

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| Mr. Romero, Case Mgr. | 11/2/15 |
| FROM: | REGISTER NO.: |
| Jerry E. Martin | 42247-008 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

On 9-3-15 I received a Medical Committee approval to
see Orthopedics. I would like to request that you verify —
when you get a chance — that I am still scheduled.

Thank You,

Jerry E. Martin

(Do not write below this line)

DISPOSITION:

You have been approved and scheduled.
Due to safety/security reason we
cannot reveal the date or location.

S. England AHSA
Health Services
FCC Tucson

| Signature Staff Member | Date |
| | 11/11/5 |

Record Copy - File; Copy - Inmate     This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)   and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>Mr. Romero. Case Mg. | DATE:<br>11-19-15 |
|---|---|
| FROM:<br>Jerry E. Martin | REGISTER NO.:<br>42247-008 |
| WORK ASSIGNMENT:<br>UNICOR | UNIT:<br>Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I was sent out today for my Ortho Visit regarding
both shoulders. However, My MRI's were not sent along
and I will have to be rescheduled. Could you help me
with verifing that thing are being rescheduled.

Thank You,

Jerryl E. Martin

(Do not write below this line)

DISPOSITION:

The Orthopedist does not need to see
the MRI disc. We are currently
waiting for the official report
from your visit to see what
he advises.

S. Ennland AHSA
Health Services
FCC Tucson

| Signature Staff Member | Date<br>11/30/15 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical, MLP Cox* | DATE: *5-17-16* |
|---|---|
| FROM: *Jerry E. Martin* | REGISTER NO.: *42247-009* |
| WORK ASSIGNMENT: *UNICOR* | UNIT: *Camp* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I had left shoulder surgery on April 25, 2016. I have not seen the surgeon or been given any type of rehab program. I would like to verify that I am scheduled for post-op visit.*

*Thank You,*

*Jerry E. Martin*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Mrs. England or Mrs. Cox, Medical Staff* | DATE: *5-26-16* |
|---|---|
| FROM: *Jerry E. Martin* | REGISTER NO.: *42247-008* |
| WORK ASSIGNMENT: *UNICOR* | UNIT: *Camp* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I received a surgery on my left shoulder on April 15, 2016. I have not been back for post-op visit with surgeon, and have not been given any type of rehab program. I need to get started on some type of rehab program because I don't want to loose mobility in the shoulder. I have requested numerous times: 1) Via e-mail from Counselor Wright; 2) (3) Sick Call visits. I would appreciate any type of help regarding this matter.*

*Thank you,*
*Jerry E. Martin*



(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Mr. Wright, Counselor* | DATE: *8-31-16* |
|---|---|
| FROM: *Jerry E. Martin* | REGISTER NO.: *42247-008* |
| WORK ASSIGNMENT: *N/A* | UNIT: *Camp* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*As per our conversation with Safety's, Mr. Moriarty, I returned to Medical today for an MLP appointment that was scheduled for My right Shoulder. During the appointment, I verified that I was scheduled for an Ortho Consult regarding right shoulder, and expressed My Concerns about receiving My surgery and having the proper amount of time (approx. 5-months) for rehab prior to being released. I was told that HSA, Mrs. England, should be aware of the following: Might be released on Commutation of sentence this year 2016; will be released April of 2017; would like to be seen by Ortho and scheduled for surgery As soon as possiable. Please.*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate      This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)    and BP-S148.070 APR 94



BP-S148.055  INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Wright, Counselor | 9-14-16 |
| FROM: Jerry E. Martin | REGISTER NO.: 42247-008 |
| WORK ASSIGNMENT: UNICOR/N/A | UNIT: Camp |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Could You Please Check with HSA, Mrs. England, regarding
My Right Shoulder Medical needs

Thank You,

**(Do not write below this line)**

DISPOSITION:

You are currently pending scheduling
with the Orthopedist, as their schedule
is extremely backed up. However, we
are working on getting you seen.

Signature Staff Member    S. England
                Health Service Administrator
                FCC Tucson

Date 9/28/16

Record Copy - File; Copy-Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

# EXHIBIT

# "C"

# Pgs. 1-12

Jerry E. Martin 42247-008
_____
Name and Prisoner Number/Alien Registration Number
Satellite Prison Camp, Tucson
_____
Place of Confinement
PO Box 24549
_____
Mailing Address
Tucson, Arizona 85734
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
 ┌──────────────────────────────────────┐
 │   ___ FILED          ___ LODGED      │
 │   ___ RECEIVED       ✓   COPY        │
 │  9  ┌──────────────────┐  9          │
 │     │   MAR - 6 2017   │              │
 │     └──────────────────┘              │
 │      CLERK U S DISTRICT COURT         │
 │        DISTRICT OF ARIZONA            │
 │  BY _____ DEPUTY        │
 └──────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jerry Martin
_____,
(Full Name of Petitioner)

Petitioner,

v.

JT Shartle, Warden, FCC, Tucson
_____,
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

Respondent.

**CV17-0106 TUC RM BPV**

CASE NO. _____
(To be supplied by the Clerk)

**EMERGENCY**
**PETITION UNDER 28 U.S.C. § 2241**
**FOR A WRIT OF HABEAS CORPUS**
**BY A PERSON IN FEDERAL CUSTODY**

## PETITION

1.  What are you challenging in this petition?
    - ☐ Immigration detention
    - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
    - ☐ Probation, parole or supervised release
    - ☒ Other (explain): _Unlawful detention in Special Housing Unit_
    _____

2.  (a) Name and location of the agency or court that made the decision you are challenging: ____
    _Bureau of Prisons, Federal Correctional Center, Tucson, Arizona_
    _____

    (b) Case or opinion number: _Unknown_

    (c) Decision made by the agency or court: _Placed Petitioner in the Special Housing Unit_
    _for five months now with no intention of release._
    _____

    (d) Date of the decision: _October 2016._

Revised 3/15/16                      1                      **530**

3.   Did you appeal the decision to a higher agency or court?      Yes ☐      No ☒

If yes, answer the following:

(a)  First appeal:

(1)  Name of the agency or court: _____

(2)  Date you filed: _____

(3)  Opinion or case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

(1)  Name of the agency or court: _____

(2)  Date you filed: _____

(3)  Opinion or case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

(1)  Name of the agency or court: _____

(2)  Date you filed: _____

(3)  Opinion or case number: _____

2

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____
    I am being held in the SHU and not being offered any administrative appeal or remedy

_____

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☐        No ☒

   If yes, answer the following:

   (a) Name of the agency or court: _____

   (b) Date you filed: _____

   (c) Opinion or case number: _____

   (d) Result: _____

   (e) Date of result: _____

   (f) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.**   Attach additional pages if you have more than four grounds.   State the <u>facts</u> supporting each ground.

   **CAUTION:   <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>**

3

**GROUND ONE:**  Violation of the Cruel and Unusual Punishment Clause as proscribed by the Eight Amendment of the United States Constitution.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

I was placed in the Special Housing Unit, SHU, in October 2016. To the date of writing of this Petition, I have been given no reason why, charged with any type of violation or crime. I asked for an attorney on no less than three occasions with no avail. I was denied any type of administrative remedy. I was told by a SHU Lieutenant that I was put on mushroom status, he stated "we put you in the dark, feed you shit and watch you grow." I have asked my case manager, counselor several times what is going on and they both tell me they have no idea. I am an out custody inmate being subjected to maximum custody conditions that barely humane. I have asked all of the staff that I have come in contact with why I am being held and no one can provide an answer. I managed to get a letter to the regional director asking why I was being detained in the SHU and for an attorney, the letter was never answered.

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes      No XX

(c) If yes, did you present the issue to:
- ☐ The Board of Immigration Appeals
- ☐ The Office of General Counsel
- ☐ The Parole Commission
- ☒ Other: I am not being allowed access to any of the administrative remedy forms or process.

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

I am not being allowed access to any type of administrative remedy.

4

**GROUND TWO:** Denial of Due Process as proscribed by the Fifth, Sixth and Fourteenth Amendments of the United States Constitution.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): I have been denied counsel, held without cause, denied the right to any administrative remedy forms or process. I have not been presented any type of violation or participated in any type of hearing.

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☒

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: I am being denied access to any type of administrative remedy.

5

**Please answer these additional questions about this petition:**

7.   Are you challenging your conviction or sentence in any of the grounds raised above?   Yes ☐          No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a)   Have you filed a motion under 28 U.S.C. § 2255?          Yes ☐          No ☐

      If yes, answer the following:

      (1)  Name of court: _____

      (2)  Case number: _____

      (3)  Opinion or case number: _____

      (4)  Result: _____

      (5)  Date of result: _____

      (6)  Issues raised: _____
      _____
      _____
      _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b)   Explain why the remedy under § 2255 is inadequate or ineffective: _____
   _____
   _____
   _____
   _____

8.   If this case concerns immigration removal proceedings, answer the following:

   (a)   Date you were taken into immigration custody: _____

   (b)   Date of removal or reinstatement order: _____

   (c)   Did you file an appeal with the Board of Immigration Appeals?   Yes ☐          No ☐

      (1)  Date you filed: _____

      (2)  Case number: _____

      (3)  Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?   Yes ☐      No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: bring me forward to the Court and have the Respondent show cause why I am being held in the SHU without being charged with any violation or crime. And issue immediate release for me to return to the satellite camp as I am an out custody inmate.

_____

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 1, 2017_____ (month, day, year).

_Jerry E. Martin_____
Signature of Petitioner

_____          _March 1, 2017_____
Signature of attorney, if any                                     Date

7

Jerry E. Martin 42247-008
SPC, Tucson
PO Box 24549
Tucson, Arizona 85734



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CV17-0106 TUC RM BPV

Jerry Martin,
 Petitioner,

  vs.

JT Shartle, Warden, FCC,
Tucson,
 Respondent.

Case No.: _____

PETITIONERS EMERGENCY MOTION FOR LEAVE
OF COURT TO PROCEED IN FORMA PAUPERIS

COMES NOW, Jerry Martin, Petitioner in the above named action, who motions this Court on an Emergency basis for leave to proceed in forma pauperis with his Petition. In support of his motion, Petitioner states the following:

1. Petitioner is being held in the Special Housing Unit with no access to his trust fund account and has no other way to pay the $5.00 filing fee.

2. Petitioner does have the funds to pay the $5.00 fee and if this Court issues an order directing the institution to release $5.00 to the Court the fee will be satisfied.

3. The Respondent named in the Petition is denying Petitioner due process by denying him access to any type of administrative remedy or his trust fund account.

WHEREFORE, Petitioner prays that this Court will grant his motion and allow him to proceed in forma pauperis and issue an order to the institution directing the filing fee of $5.00 to be deducted and sent to the Clerk of the Court.

Respectfully submitted this 1 day of March , 2017.

Jerry E Martin

Jerry Martin 42247-008
SPC, Tucson
PO Box 24549
Tucson, Arizona 85734

ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Emerson Martin, | No.  CV 17-00106-TUC-RM (BPV) |
| Petitioner, | |
| v. | **ORDER** |
| J.T. Shartle, | |
| Respondent. | |

Petitioner Jerry Emerson Martin, who is confined in the United States Penitentiary in Tucson, Arizona, has filed a pro se Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody.  Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed In Forma Pauperis.  Instead, Petitioner has submitted an "Emergency Motion for Leave of Court to Proceed In Forma Pauperis" (Doc. 2).  Therein, Petitioner alleges that he "does have the funds to pay the $5.00 fee," but that he has no access to his funds because he "is being held in the Special Housing Unit."

## I.    Failure to Pay Filing Fee

Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus petitioner desires to prosecute the petition in forma pauperis, the petitioner shall file an application to proceed in forma pauperis on a form approved by the Court, accompanied by a certification of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on

JDDL

1    deposit to the petitioner's credit." Rule 3.5(b) also requires payment of the $5.00 filing
2    fee if a petitioner has in excess of $25.00 in his inmate account.
3        Here, Petitioner has filed the above-described "Emergency Motion" rather than
4    either paying the filing fee or submitting a proper Application to Proceed In Forma
5    Pauperis. If Petitioner is unable to fully complete the Application to Proceed or submit
6    the required funds due to acts or omissions of others beyond his control, Petitioner must
7    file a declaration signed *under penalty of perjury* setting forth facts to support any
8    inability to comply. This declaration must include when and from whom he requested
9    certified copies of his inmate trust account statement and certification of a correctional
10   official as to the status of his trust account, and the response(s) he received to his
11   request(s), if any. In the meantime, Petitioner's "Emergency Motion" will be denied.
12       Because Petitioner has not paid the $5.00 filing fee or filed a proper Application to
13   Proceed In Forma Pauperis, Petitioner will be given 30 days from the date this Order is
14   filed to pay the $5.00 filing fee, file a complete Application to Proceed In Forma Pauperis
15   using the form included with this Order, or file a declaration signed under penalty of
16   perjury setting forth facts to support any inability to comply, as described above.
17   **II.    Warnings**
18       **A.    Address Changes**
19       If Petitioner's address changes, Petitioner must file and serve a notice of a change
20   of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.
21   Petitioner must not include a motion for other relief with a notice of change of address.
22   Failure to comply may result in dismissal of this action.
23       **B.    Copies**
24       Petitioner must submit an additional copy of every filing for use by the Court.
25   LRCiv 5.4. Failure to comply may result in the filing being stricken without further
26   notice to Petitioner.
27       **C.    Possible Dismissal**
28       If Petitioner fails to timely comply with every provision of this Order, including

JDDL

1   these warnings, the Court may dismiss this action without further notice. *See Ferdik v.*
2   *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action
3   for failure to comply with any order of the Court).

4   **IT IS ORDERED:**

5       (1)   Petitioner's "Emergency Motion for Leave of Court to Proceed In Forma
6   Pauperis" (Doc. 2) is **denied**. Within 30 days of the date this Order is filed, Petitioner
7   must pay the $5.00 filing fee, file a complete Application to Proceed In Forma Pauperis,
8   or file a declaration signed under penalty of perjury setting forth facts to support any
9   inability to comply.

10      (2)   If Petitioner fails to pay the $5.00 filing fee, file a complete Application to
11  Proceed In Forma Pauperis, or file a declaration within 30 days, the Clerk of Court must
12  enter a judgment of dismissal of this action without prejudice and without further notice
13  to Petitioner.

14      (3)   The Clerk of Court must mail Petitioner a court-approved form for filing an
15  Application to Proceed In Forma Pauperis (Habeas).

16      Dated this 5th day of April, 2017.

Honorable Rosemary Márquez
United States District Judge

1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  Jerry Emerson Martin, | **NO. CV-17-00106-TUC-RM (BPV)** |
| 10         Petitioner, | |
| 11  v. | **JUDGMENT IN A CIVIL CASE** |
| 12  JT Shartle, | |
| 13         Respondent. | |
| 14 | |

15      **Decision by Court.** This action came for consideration before the Court. The
16 issues have been considered and a decision has been rendered.

17      IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed
18 April 5, 2017, this action is hereby dismissed without prejudice. This case is closed.

19                       Brian D. Karth
20                       District Court Executive/Clerk of Court

21 June 6, 2017

22                       s/ B Cortez
                By   Deputy Clerk
23
24
25
26
27
28

# EXHIBIT

# "D"

# Pgs. 1-4

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Martin, Jerry, E.__     __42247-008__     __USP - SHU__     __Tucson__
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A - REASON FOR APPEAL I've been in the SHU for over a year, been denied access to BOP's Admin. remedy - Process, response, or relief. On numerous occasions over the past year, I've stressed my concerns to Warden Rhodes, Camp Administrator, and Camp Unit team regarding my out-going mail being tampered with, based on the lack of return mail received in response to admin. remedies (3), letters to OIG regarding assult (2), request for attorney's assistance (4). To current date, I've received no incident report or lock up order. On Oct. 21, 2016: Placed in SHU under FBI investigation for alleged UNICOR officer misconduct. On Oct. 21, 2016: Placed on "medical Hold No Transfer" for work related injury that occurred on Dec. 24, 2014. On April 12, 2017: Assulted (on camera) by SHU Lt. Driven Assult logged with OIG's office through affidavit generated by Lt. Vandvinen injuries due to assult logged with medical. OIG's request for affidavit based on aunt's letter sent/received regarding incident. On Sept. 11, 2017: right shoulder surgery for work related injury, and assult occurred. On Oct. 4, 2017: Blacked out due to dehydration reinjuring right shoulder, elbow, and wrist. Sent to Tucson Medical Center for evaluation/diagnosis. Relief Sought: 1) To be shipped out on a medical transfer (TTT) and placed back in general population; 2) To receive scheduled colonoscopy, and to be properly evaluated by Ortho Surgeon to correct injuries that have occurred while in SHU; 3) Compensation for excessive time in SHU, assult, injury, pain and suffering, and what ever attorney's agree to; 4) I've been denied half-way house and home confinement, therefore, prior to my GCT out date of April 30, 2018, I would like to be placed on some type of disability plan until I am medically cleared, due to injuries that have occurred while in the SHU.

__11-7-17__        (See Attached Page)        _Jerry E. Martin_
DATE                                                SIGNATURE OF REQUESTER

Part B - RESPONSE

NOV 24

_____        _____
DATE                                            REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: __923396R__

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                                                       
DATE                                                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                 PRINTED ON RECYCLED PAPER                                         BP-230(13)

**Note:** Administrative Remedy, bogus denial, and lack of incident report or lock-up order were addressed with Western Region Director during her walk through with Warden Shartle, and Captain J.J. White.

(Attached Page)

Reason for filing Sensitive BP-10: Since being placed in the SHU (Oct. 21, 2016) all efforts in seeking relief through the administrative remedy process have gone unanswered/ignored at this institution. Efforts have also been made through (3) other Sensitive BP-10's mailed to the Western Region, all have gone unanswered. Letter sent out from SHU with inmate returning to camp requesting outside assistance in filing Section 2241 - Case No. CV-17-00106-TUC-RM (BPV) - in the Federal District Court, claiming denial of administrative remedy process. Therefore, if received, respectfully requesting Western Region's acceptance of this Sensitive BP-10 in seeking relief from SHU and Medical assistance requested/needed, and other requests. (See *Note)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 1, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO : JERRY E MARTIN III, 42247-008
     SCHUYLKILL FCI     UNT: CAMP     QTR: E01-001U
     P.O. BOX 700
     MINERSVILLE,  PA 17954


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 923396-R1        REGIONAL APPEAL
DATE RECEIVED  : NOVEMBER 24, 2017
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

*Rcvd on 12/15/17*

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Martin, Jerry E.          42247-008          Camp 1 A-104          SPC Schuylkill, PA
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** The Western Region has rejected my BP-10 stating: "You must first file a BP-9, before filing an appeal at this level". (Rejection ID #923396-R1). If this General Counsel truly believe I spent 347 days in the SHU at FCC Tucson and didn't try to seek relief through BP-9's on numerous occasion please forward a rejection number and response stating so. However, I humbly request your assistance in regards to my medical needs that occurred from a work-related injury on Dec 24, 2014; an assault by SHU Lt. Driver on April 12, 2017; Emergency medical trip post right shoulder surgery while in the SHU on Oct. 4, 2017, fracturing right elbow and reinjuring newly repaired right shoulder and wrist; AND Dr.'s Consult for colonoscopy and endoscopy based on family history and polyps found during 2012 screening. All of these medical issues have been logged with medical, Safety, and DIA offices, and were not addressed at the FCC Tucson institution. Furthermore, since my arrival to SPC Schuylkill, PA, medical has advised me that my medical needs will not be addressed because my GCT date of April 30, 2018 is too near - leaving me in a lot of pain and unable to do a normal job. Not making the transition back in to society any easier after 21 years of prison. Relief Sought: 1) To receive the medical attention here at SPC Schuylkill that can be taken of; 2) Receive assistance from a Regional Social Worker and medical) in finding a medical provider once I'm released.

1-10-18
DATE                   Jerry E. Martin    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

DATE                         GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _____

**Part C - RECEIPT**

                                         CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____                         
DATE                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER                   BP-231(13)
                                               JUNE 2002

# EXHIBIT

## "E"

## Pgs. 1-2



# Maricopa Integrated Health System

**Seventh Avenue Family Health Center: Family Practice**
1205 S. 7th Avenue • Phoenix, AZ 85007-3913
*Office: 602-344-6600   Fax: 602-344-6601*

| | |
|---|---|
| *Patient Name:*  Jerry Martin<br>*Address:*  2420 E Roosevelt Street<br>*City, ST ZIP:*  PHOENIX, AZ 85008<br>*Phone:*  205-552-1749 | *Weight:*  90.7 kg (200 lb)<br>*DOB:*  11/26/1964<br>*Sex:*  M<br>*MRN ID:*  0104031232 |

## Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name | Effective From | Effective To |
|---|---|---|---|---|---|---|
| HEALTHNET AHCCCS | HEALTHNET-AHCCCS | | | | | |

## Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address | Subscriber Phone |
|---|---|---|---|
| | MARTIN,JERRY | 2846 E ROOSEVELT ST<br>PHOENIX 85008 | |

## Secondary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name | Effective From | Effective To |
|---|---|---|---|---|---|---|
| No coverage found | | | | | | |

## Primary Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name | Effective From | Effective To |
|---|---|---|---|---|---|---|
| HEALTHNET AHCCCS | HEALTHNET-AHCCCS | | | | | |

## Primary Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address | Subscriber Phone |
|---|---|---|---|
| | MARTIN,JERRY | 2846 E ROOSEVELT ST<br>PHOENIX 85008 | |

## Secondary Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name | Effective From | Effective To |
|---|---|---|---|---|---|---|
| No coverage found | | | | | | |

### Ambulatory referral to Hand Surgery [REF31] (#75692758)
*Ordered on: Apr 18, 2018          Ordering User: Rebecca A Zwick, NP*
*Authorizing Provider: Rebecca A Zwick, NP*
*Priority: Routine  Class: Internal Referral*
*Associated Diagnosis: Carpal tunnel syndrome, unspecified laterality (G56.00)*
*Comments: Please give clinical reasons for referral: bilateral carpal tunnel*

### Referral Associated with Order on 4/18/2018 (Pending Review)

ID: 2086580

| Referred by | Referred to |
|---|---|
| Rebecca A Zwick, NP | Orthopedic Surgery |

# EXHIBIT

# "F"

# Pgs. 1-2

BP-A0288
JAN 17

# INCIDENT REPORT

*INMATE COPY*

## U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution: USP TUCSON | | | | Incident Report Number: | |
|---|---|---|---|---|---|

| 2. Inmate's Name: MARTIN, JERRY | 3. Register Number: 42247-008 | 4. Date of Incident: 04-12-2017 | 5. Time: 0845 |
|---|---|---|---|

| 6. Place of Incident: SPECIAL HOUSING UNIT | 7. Assignment: P SHU UNAS | 8. Unit: SHU / CAMP |
|---|---|---|

| 9. Incident: ASSULTING ANY PERSON | 10. Prohibited Act Code(s) 224A |
|---|---|

**11. Description of Incident (Date: 04-12-2017   Time: 0845 a.m. Staff became aware of incident):**

While working special housing unit on April 12, 2017 at approximately 0845, I Senior Officer F. Gil was escorting inmate Martin # 42247-008 back to his assigned cell. Inmate Martin became verbally aggressive; Inmate verbally stated "I'm not going back in with him, fuck you bitch" and in an aggressive manner attempted to pull away from my control. I then placed inmate Martin on the ground using the minimum amount of force necessary to regain control of the inmate. Then after the inmate continued an aggressive demeanor toward escorting staff and after regaining control inmate Martin was placed in ambulatory restraints and received a medical assessment.

| 12. Typed Name/Signature of Reporting Employee: Senior Officer F. Gil | 13. Date And Time: 04-16-2017 @ 1800 |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) X Ruiz | 15. Date Incident Report Delivered: 4.13.2017 | 16. Time Incident Report Delivered: 1730 |
|---|---|---|

### Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**

**18. A. It is the finding of the committee that you:**

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____ _____

**B.** _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

**C.** _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):**

**21. Date and Time of Action:_____** (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)          Member (Typed Name)          Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

# DISCIPLINE HEARING OFFICER REPORT

## EXPUNGED

**INMATE COPY**

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU PRISONS**

| Institution: USP TUCSON | |
|---|---|
| NAME OF INMATE: MARTIN, JERRY | Incident Report number: 2974602 |
| Date of Incident Report: 04-12-2017 | REG. NO.: 42247-008 · UNIT: CAMP |
| Date of Incident: 04-12-2017 | Offense Code: **224A** |

Summary of Charges: **ASSAULTING ANY PERSON (ATTEMPTED)**

| I. | NOTICE OF CHARGE(S): **N/A** |
|---|---|

| II. | STAFF REPRESENTATIVE: **N/A** |
|---|---|

| III. | PRESENTATION OF EVIDENCE: **N/A** |
|---|---|

IV.   FINDINGS OF THE DHO:

— A. The act was committed as charged.

— B. The following act was committed:

[X]  C. No prohibited act was committed:  Expunge according to Inmate Discipline PS5270.09

V.   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):

**EXPUNGED**; No evidence to support inmate lunged or attempted to head butt staff member.

VI.   SANCTION OR ACTION TAKEN (List each prohibited act with respective sanctions for that act): **N/A**

VII.   REASON FOR EACH SANCTION OR ACTION TAKEN: **N/A**

VIII. APPEAL RIGHTS:   **X**   The inmate has been advised of the findings. specific evidence relied on action and reasons for the action. The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure.  A copy of this report has been given to the inmate.

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| **J. CIUFO** | | 05-10-2017 |

DHO report delivered to Inmate by:

| Printed Name (Staff) | Signature: | Date and Time: |
|---|---|---|
| **DHO SECRETARY/MACK** | | **MAY 16 2017** |

Prescribed by P5270

Replaces BP-A0304 of AUG 11

# EXHIBIT

# "G"

# Pg. 1

## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

**SEQUENCE: 00701980**

**Team Date: 04-06-2017**

| Assignment | Description | Start |
|---|---|---|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 10-25-2016 |
| NO F/S | NO FOOD SERVICE WORK | 04-27-2016 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 04-27-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG E COMP | DRUG EDUCATION COMPLETED | 08-11-1998 |

### FRP Details

**Most Recent Payment Plan**

| | | |
|---|---|---|
| **FRP Assignment:** COMPLT | FINANC RESP-COMPLETED | **Start: 03-08-2001** |
| **Inmate Decision:** AGREED | $25.00 | **Frequency:** QUARTERLY |
| **Payments past 6 months:** $0.00 | | **Obligation Balance:** $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $350.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months:  $458.50            Payments commensurate ?   N/A

New Payment Plan:            ** No data **

### Progress since last review

Inmate Martin is currently in SHU.  Therefore, no progress has been made since his last program review

### Next Program Review Goals

Inmate Martin is currently in SHU and recommendations will be made once inmate is either released from SHU or transferred to another facility.

### Long Term Goals

See Short Term Goals for comments.

### RRC/HC Placement

### Comments

** No notes entered **

# EXHIBIT

# "H"

# Pg. 1

TRULINCS  42247008 - MARTIN, JERRY E III - Unit: SCH-E-A

---------------------------------------------------------------------------------

FROM: 42247008
TO: Warden
SUBJECT: ***Request to Staff*** MARTIN, JERRY, Reg# 42247008, SCH-E-A
DATE: 02/19/2018 07:58:40 PM

To: Warden
Inmate Work Assignment: UNICOR

In early Dec. of 2017, I placed an Informal Resolution directed to Medical's Dr. Mace - regarding medical needs prior to being released - in Counselor Price's hands. On Dec. 15, 2017 I was called to Mr. Prices office where I received a BP-10 denial from the Western Region, #92336-R1, claiming that during the 397-days I spent in the SHU at USP Tucson I made no efforts to seek relief through the Administrative Remedy Process (BP-9), and was directed by the W. Region to file a BP-9. After reviewing the W. Region's denial I asked Mr. Price if a response has been made to my Informal Res. directed to Dr. Mace. He explained that no response has been made yet. Since Dec. 15, I have checked with Mr. Price on four (4) other occasions regarding a response from medical and have requested BP-9's on each occasion but have been denied for lack of response to original Informal Res. My last attempt was on Feb. 16, 2018 where Mr. Price informed me that I will need to file another Informal Res. , because he doesn't keep original dated, and signed copies. Therefore, I want the Warden of Schuylkill, PA to be made aware that my Administrative Remedy Process is being denied by my Counselor, Mr. Price, as it was by the Administration at USP Tucson.

# EXHIBIT

## "I"

## Pgs. 1-4

# Ex-federal prison guard in Tucson gets probation for selling recycled and refurbished government items on eBay

By Tirion Morris For the Arizona Daily Star - Mar 20, 2018

A former corrections officer in Tucson was sentenced to 36 months of probation for illegally selling federal government property on eBay.

Prosecutors said David Hartley, 48, sold items he stole from a federal facility on South Wilmot Road where prisoners recycle and refurbish medical devices and other government-owned equipment as part of a prison work program, according to documents filed in U.S. District Court in Tucson.

Hartley sold about 63 stolen items from 2011 to 2013, making a total profit of $18,853, according to an indictment in the case.

Chief Judge Raner C. Collins also ordered Hartley to perform 300 hours of community service and to pay $9,000 in restitution at a sentencing hearing Monday. In a December 2017 plea agreement, Hartley pleaded guilty to mail fraud and giving false statements to government officials, court records show. He faced up to six months in prison under the plea deal.

Hartley worked as a corrections officer for more than 17 years at the federal recycling facility, known as UNICOR, and supervised groups of prisoners who scrapped, recycled, or refurbished computers, televisions, night-vision goggles, telescopes, and other

equipment, according to the October 2016 indictment. Some of the refurbished items are sold by the government.

Hartley was supposedly helping in the prisoners' rehabilitation process, Collins pointed out during the sentencing hearing.

"What kind of message do you think it gave them to see you skimming?" asked Collins. "That everyone in the world is bad."

Hartley apologized for his actions to the judge, his friends, family, and coworkers.

"It was a stupid move," Hartley told Collins. "I wish I never did it."

Prosecutors said Hartley carried out the scheme by not adding items to UNICOR inventory or by marking them as scrap and then selling them through his personal eBay account. He shipped the items using FedEx to customers around the country.

In October 2011, Hartley sold a ureteroscope, a medical device for examining the urinary tract, for a profit of $1,000, according to the indictment. The device had been shipped from the Veterans Administration Medical Center in New Mexico and was marked as scrap at UNICOR.

The ureteroscope was later sold on Hartley's eBay page and shipped to an address in New Hampshire. Investigators matched the serial number on the device to one that had arrived at UNICOR and been marked as scrap the month before.

When asked about the ureteroscope by investigators in 2016, Hartley told them he bought it in a storage unit auction. He later admitted this was false and pleaded guilty to knowingly giving a false statement to government officials and mail fraud.

Hartley was forced to resign from UNICOR, said Nathan Leonardo, his attorney. He then became a school bus driver for Vail School District for a year, but once the conviction disqualified Hartley from passing the school district's background check, he got a job at a Tucson tile company where he now works.

"He is mostly focused on being able to support and raise his sons," Leonardo said to Collins.

Collins instructed Hartley to talk to his two young sons and make sure they understand what he did and why it was wrong.

**Ex-prisoner sentenced**

In a related case, an ex-prisoner was sentenced April 16 to three years probation for stealing equipment from the recycling facility.

Gabriel Lobato, 45, pleaded guilty to stealing two pieces of equipment from UNICOR in April 2015. Lobato was part of the prisoner-employment program while serving an eight-year sentence for distribution of marijuana and cocaine hydrochloride in Florida, according to documents filed at U.S. District Court in Tucson.

While in prison, Lobato was working under Hartley's supervision. Hartley did not direct Lobato to steal the equipment, but Hartley was aware that it was happening, Assistant U.S. Attorney Gordon Davenport told Judge James A. Soto.

"This is a crime that somewhat comes up from official corruption," Davenport said. "Mr. Lobato was put in the place of a prisoner under temptation."

Lobato stole a Coats wheel balancer and a Coats tire changer, government property that was worth over $1,000, according to the plea agreement. Hartley was charged with stealing and selling medical equipment from the UNICOR facility.

"Property was vanishing out the back door, off the dock essentially," said Lobato's lawyer, Bradley Armstrong. "UNICOR was a normally run business that occasionally had loose control of inventory, and Mr. Hartley wanted to do things a little differently."

Unlike Harltey's case, the government was able to recover the two stolen items at Lobato's friend's house where he was storing them until he got out of prison, according to the plea agreement.

Lobato faced up to 10 years in prison, but due to his good behavior during supervised release for his previous crime, Soto sentenced Lobato to probation and ended his supervised release from the previous case which would have continued until 2021. No restitution was ordered as the government property was found.

Since being released from prison Lobato has worked at a restaurant in Tucson, where he is now the general manager.

"While I was inside, it was a different world in there," Lobato said. "When I got out I changed my life. It was a mistake while I was in prison, but now I want to get my life started. I want another chance to prove myself."

Lobato hopes to open his own restaurant franchise and to continue caring for his family and children who live in Tucson